Emil Thiele, Appellant, v. William G. Pierson and Another, Respondents.— Order affirmed,

with ten dollars costs and disbursements. No opinion